**Order entered February 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00984-CR

**NATASHA FERNETTE REED, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F08-63868-R**

## ORDER

The Court has before it appellant's February 7, 2013 motion asking the Court to order court reporter Karren Jones to file a copy of the reporter's record with the Dallas County District Clerk. The record filed in this court reflects that Karren Jones recorded the December 14, 2009 plea hearing and Mary Snider recorded the June 20, 2012 adjudication hearing. Texas Rule of Appellate Procedure 34.6(h) requires court reporters to file a duplicate copy of the reporter's record with the trial court clerk. TEX. R. APP. P. 34.6(h). Accordingly, we **GRANT** appellant's motion as follows:

We **ORDER** Mary Snider, as official court reporter of the 265th Judicial District Court, to coordinate with court reporter Karren Jones to file a duplicate copy of the complete reporter's with the Dallas County District Clerk. We further **ORDER** Ms. Snider to provide this Court,

within **TEN DAYS** of the date of this order, with written verification that a duplicate copy of the record has been filed with the Dallas County District Clerk.

Appellant's brief is due within **FORTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order by electronic transmission, to the Honorable Mark Stoltz, Presiding Judge, 265th Judicial District Court; Mary Snider, official court reporter, 265th Judicial District Court; Karren Jones, deputy court reporter; and counsel for all parties.


/s/     DAVID EVANS
           JUSTICE